IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**FRANK LAWRENCE**                                                                **PLAINTIFF**
**#07934-20**

V.                      Case No. 4:20-cv-01362-LPR

**KENDRA ROBERTS, APRN,**
**Pulaski County Regional Detention Facility,** *et al.*              **DEFENDANTS**

### ORDER

The Court has received a Recommendation for dismissal from Magistrate Judge J. Thomas Ray. No objections have been filed, and the time to do so has now passed. After a careful and *de novo* review of the Recommendation and the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.[1]

All of Mr. Lawrence's claims are DISMISSED, without prejudice, for failure to state a claim upon which relief may be granted. This dismissal constitutes a "strike" under 28 U.S.C. § 1915(g). Pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that an *in forma pauperis* appeal of this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 3rd day of November 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] As directed by Judge Ray in footnote 5 of his Recommendation, the Clerk is directed to add "Officer Middleton" as one of the named Defendants in this action.