# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**FRANK LAWRENCE**                                                                **PLAINTIFF**
**#07934-20**

V.                           Case No. 4:20-cv-01362-LPR

**KENDRA ROBERTS, APRN,**
**Pulaski County Regional Detention Facility,** *et al.*                **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this date, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, without prejudice, for failure to state a claim upon which relief may be granted. The dismissal constitutes a "strike" for purposes of 28 U.S.C. § 1915(g). Pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that an *in forma pauperis* appeal of this Judgment or the accompanying Order would not be taken in good faith.

IT IS SO ADJUDGED this 3rd day of November 2021.

_____
LEE P. RUDOFKSY
UNITED STATES DISTRICT JUDGE